ALICE BUCKLEY v. MAYOR & TOWNSHIP COMMITTEE OF
THE TOWNSHIP OF JACKSON AND
LAWRENCE WILLIAMS.

March 18, 1985.

Petition for certification denied.

DORIS T. FREW v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

March 18, 1985.

Petition for certification denied.

GEORGE CRAWFORD v. B & F AUTO, INC.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY IMPERIALE, JR.

March 18, 1985.

Petition for certification denied.